MARCUS A. MCDANIEL, State Bar No. 151357
marcus.mcdaniel@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
GLORIA C. JAN, State Bar No. 165440
gloria.jan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Respondent
SSC OAKLAND EXCEL OPERATING CO. L.P. (ERRONEOUSLY NAMED AS MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEIU, UNITED HEALTHCARE WORKERS WEST,<br><br>Petitioner,<br><br>v.<br><br>MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER,<br><br>Respondents. | Case No. C 07 4615 (JL)<br><br>**STIPULATION RE SUBSTITUTION OF REAL PARTY IN INTEREST (FRCP 17(a))**<br><br>NO TRIAL DATE SET |

The parties, through their attorneys of record, stipulate as follows:

1. Petitioner, SEIU, United Healthcare Workers West ("SEIU" or "Petitioner") filed its Petition to Compel Arbitration (the "Petition") in the Superior Court of the State of California, County of Alameda, Case No. RG07-336681 on our about July 20, 2007. The Petition was served on Respondent on August 9, 2007. The matter was timely removed to the United States District Court for the Northern District of California on or about September 6, 2007.

2. The Respondent, Mariner Health Care Inc., (formerly known as Mariner Post Acute Network, Inc. and erroneously sued herein as "Mariner Post-Acute Network; Excel Care Center")("Mariner") no longer owns or operates the Excel Care Center. The Excel Care Center was acquired and is now operated by SSC Oakland Excel Operating Co. L.P. Therefore SSC Oakland Excel Operating Co. L.P. is the correct party-in-interest and should be substituted for the currently named Respondent in the Petition.

3. The parties have agreed to substitute SSC Oakland Excel Operating Co. L.P. in place of Mariner Post-Acute Network; Excel Care Center. Attached hereto as Exhibit "1" is an Amended Petition correctly naming the Respondent as SSC Oakland Excel Operation Co. L.P. The parties further stipulate that the Amended Petition attached hereto as Exhibit "1" should become the operative Petition in this case.

4. The parties further stipulate that SSC Oakland Excel Operating Co. L.P. is a successor to Mariner under the collective bargaining agreement. Therefore SSC Oakland Excel Operating Co. L.P. and Petitioner SEIU are both parties to the Collective Bargaining agreement out of which the two grieved discharges that are the subject of the Petition to Compel Arbitration have arisen. SSC Oakland Excel Operating Co. is the correct employer.

5. The attached Amended Petition is deemed filed and served as of the date of the Court's Order. The answer filed by Mariner Health Care Inc. on September 13, 2007, shall be deemed filed by SSC Oakland Excel Operating Co. L.P. in this action and shall be deemed responsive to the Amended Petition.

Dated: October 23, 2007

WEINBERG, ROGER & ROSENFELD

By: W. Daniel Boone
W. Daniel Boone, Esq.
Attorneys for Petitioner SEIU, United Healthcare Workers West

DATED: October 17, 2007

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: Leslie E. Wallis
Leslie E. Wallis
Attorneys for Respondent
SSC OAKLAND EXCEL OPERATING CO. L.P. (ERRONEOUSLY NAMED AS MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER)

IT IS HEREBY ORDERED:

DATED: October __, 2007

______________________________
JUDGE, UNITED STATES DISTRICT COURT

wdb