1  W. DANIEL BOONE, Bar No. 046553
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Petitioner
   SEIU, UNITED HEALTHCARE WORKERS WEST

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 SEIU, UNIITED HEALTHCARE WORKERS    ) No.   C 07 4615 JL
   WEST,                               )
12                                     ) **FIRST AMENDED PETITION TO**
               Petitioner,             ) **COMPEL ARBITRATION**
13                                     )
         v.                            ) (No Trial Date Set)
14                                     )
   SSC OAKLAND EXCEL OPERATING CO.     )
15 L.P.,                               )
                                       )
16             Respondent.             )
                                       )
17

18     The Petition of Petitioner, respectfully shows:

19     1.   Jurisdiction of this Court is based upon 29 U.S.C. §185; 9 U.S.C. §4; and 28

20 U.S.C.§1337. This is a Petition to Compel arbitration of a labor dispute arising under a

21 collective bargaining agreement.

22     2.   Petitioner is a labor organization within the meaning of 29 U.S.C. §152. It does

23 business within this jurisdictional district. It is a labor organization, organized for the purpose of

24 representing its members in their terms and conditions of employment.

25     3.   Respondent is a California Corporation, doing business in this judicial district. It

26 is engaged in an industry affecting interstate commerce within the meaning of 29 U.S.C. §185

27 and 9 U.S.C. §1.

EXHIBIT __1__ PAGE __3__

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

FIRST AMENDED PETITION TO COMPEL ARBITRATION, Case No. C 07 4615 JL

116982/473348

4. At all times relevant herein, Petitioner and Respondent have been parties to a written collective bargaining agreement, a copy of which is attached as Exhibit "A" hereto and incorporated herein by reference.

5. Since on or about January 26, 2006 disputes have existed over the interpretation and/or application of the collective bargaining agreement in that there has been and continues to be grievances as they apply to (1) Whether or not there was just cause for the discharge of Ngozi Obiukwu; if not, what is the appropriate remedy; and (2) Whether or not there was just cause for the discharge of Dalonna Losfton; if not; what is the appropriate remedy? Copies of said grievances are attached hereto, labeled Exhibit "B," and "C" respectively, and incorporated herein by reference.

6. Section 9 of the collective bargaining agreement provides for a grievance procedure wherein the parties are bound to submit all disputes to an arbitrator, empowered to make final and binding decisions.

7. Since on or about June 26, 2007, and continuing to date, Petitioner has been willing and has sought to refer the disputes referred to above to arbitration, in accordance with the grievance and arbitration procedures of "Exhibit A." Respondents, and each of them, have refused and continue to refuse to submit the outstanding disputes to arbitration as required by the collective bargaining agreement.

WHEREFORE, Petitioner prays that this Court issue an Order requiring Respondent to arbitrate said dispute. Petitioner further prays for attorneys' fees, costs and for such other and further relief as to this Court seems just and proper.

Dated: October 23, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *W. Daniel Boone* (signature)
W. DANIEL BOONE
Attorneys for Petitioner
SEIU, UNITED HEALTHCARE WORKERS WEST

EXHIBIT ___1___ PAGE ___4___

- 2 -

FIRST AMENDED PETITION TO COMPEL ARBITRATION, Case No. C 07 4615 JL

116982/473348

## VERIFICATION

I am one of the attorneys for SEIU, UNITED HEALTHCARE WORKERS WEST, in the above entitled action. I have read the foregoing document, and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

I make this verification as attorney and agent for SEIU, UNITED HEALTHCARE WORKERS WEST with authority to make said verification and because as attorney the facts set forth in said document are within my knowledge and I am more familiar with such facts. I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2007 at Alameda, California.

_W. Daniel Boone_ (signature)
W. Daniel Boone

EXHIBIT  1  , PAGE  5  .

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

FIRST AMENDED PETITION TO COMPEL ARBITRATION, Case No. C 07 4615 JL

116982/473348