

**SEIU UHW**
United Healthcare Workers WEST

560 Thomas L. Berkley Way • Oakland, CA 94612 • 510-251-1250 • Fax 510-763-2680
5480 Ferguson Drive • Los Angeles, CA 90022 • 323-734-8399 • Fax 323-721-3538

January 26, 2006

**FACSIMILE TO: (510) 261-1012 AND CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 7005 2570 0000 8318 8383**

Elma Conway
Administrator
**EXCELL CARE CENTER**
3025 High Street
Oakland, CA 94619

Re:  Ngozi Obiukwu - Grievance

Dear Ms. Conway:

Enclosed you will find a grievance filed on behalf of our member Ngozi Obiukwu.

Pursuant to the Employer's duty to bargain in good faith, the Union hereby requests any and all information and/or documents which are necessary and relevant to process this grievance. The Union reserves the right to request additional information, as necessary, at any time during the grievance process.

Please contact me to schedule a date and time to meet. I can be reached at (510) 869-2292.

Sincerely,
Yvonne Shaw/s
Yvonne Shaw
Field Representative

YS/rp

Enclosure

cc:  Arnold Sails
     Ngozi Obiukwu, Grievant

L2158001.ebp
ope 3 afl-cio(12)

EXHIBIT __B__ PAGE __68__

[Certified Mail Receipt stamp addressed to:]
Elma Conway
Administrator
EXCELL CARE CENTER
3025 High Street
Oakland, CA 94619

www.seiu-uhw.org



560 Thomas L. Berkley Way • Oakland, CA 94612 • 510-251-1250 • Fax 510-763-2680
5480 Ferguson Drive • Los Angeles, CA 90022 • 323-734-8399 • Fax 323-721-3538

## GRIEVANCE FORM

EMPLOYEE NAME: Ngozi Obiukwu          TELEPHONE: (510) 712-4439
EMPLOYEE ADDRESS: 21701 Foothill Blvd. #227
EMPLOYEE CITY, STATE & ZIP: Hayward, CA 94541
JOB TITLE:          CNA                DATE OF HIRE: July, 2003
EMPLOYER: EXCELL CARE CENTER           TELEPHONE: (510) 261-5200
DEPARTMENT: Nursing                    DEPT. HEAD: Elma Conway
DATE OF GRIEVANCE: 1/26/06             DATE OF EVENT CAUSING GRIEVANCE: 1/23/06

1. **NATURE OF GRIEVANCE** (State grievance and facts upon which it is based):
   Unjust termination.

2. **SECTION(S) OF CONTRACT VIOLATED:**
   Including, but not limited to, Preamble, Section 10.

3. **REMEDY OR CORRECTION DESIRED FROM EMPLOYER:**
   Reinstate employee and make whole in all ways.

_____     _Yvonne Shaw/s_          1/26/06
EMPLOYEE                   UNION REPRESENTATIVE     DATE

EMPLOYER'S POSITION (To be completed by Administrator)
ACTION TAKEN AND FACTS OR JUSTIFICATION FOR ACTION:

DATE GRIEVANCE NOTICE RECEIVED: _____

DATE OF REPLY TO UNION:         _____

ADMINISTRATOR: _____

YS/rp
G2158001.ebgrvn06
ope 3 afl-cio(12)

EXHIBIT B       69

www.seiu-uhw.org

Sal Rosselli, *President*    Jorge Rodriguez, *Executive Vice President*    Joan Emslie, *Secretary-Treasurer*