February 7, 2006                                             *Via Fax and First Class Mail*

Elma Conway
Excell Care Center
3025 High St
Oakland, CA 94619

RE:     Grievance

Dear Ms. Conway,

Enclosed you will find a grievance filed on behalf of our member, Dalonna Losfton.

Pursuant to the Employer's duty to bargain in good faith, the Union hereby requests any and all information and/or documents, which are necessary and relevant to process this grievance. The Union reserves the right to request additional information, as necessary, at any time during the grievance process.

Please contact me to schedule a date and time to meet. I can be reached at (510) 587-4520.

Sincerely,

Yvonne Shaw/ag
Yvonne Shaw, Union Representative-Organizer

cc:     Shop Stewards
        J. Alexander
        G. Bryant
        G. Hines
        File

YS: ag

G2158-01.ebgrvn06
OPEIU 29 AFL-CIO(12)

EXHIBIT ___C___ PAGE ___70___

### GRIEVANCE FORM

**EMPLOYEE NAME:** Dalonna Losfton   **TELEPHONE:** (510) 535-1404

**EMPLOYEE ADDRESS:** 14355 Bancroft Ave #3 San Leandro, CA 94578

**JOB TITLE:** CNA   **DATE OF HIRE:** 10/1/03

**EMPLOYER:** Excell Care Center   **TELEPHONE:** (510) 261-5200

**DEPARTMENT:** Nursing   **DEPT HEAD:** Elma Conway

**DATE OF GRIEVANCE:** 2/7/06   **DATE OF EVENT CAUSING GRIEVANCE:** 2/6/06

1. **NATURE OF GRIEVANCE:** (State grievance and facts upon which it is based):

    Unjust Suspension & Termination

2. **SECTION(S) OF CONTRACT VIOLATED:** Including, but not limited to,

    Preamble Section 10

3. **REMEDY OR CORRECTION DESIRED FROM EMPLOYER:**

    Rescind suspension & remove from employee file & reinstate employee & make whole in all ways.

| EMPLOYEE | Yvonne Shaw/ag<br>Yvonne Shaw<br>UNION REPRESENTATIVE | 2/7/06<br>DATE |
|---|---|---|

4. **EMPLOYER'S POSITION** *(To be completed by Administrator)*
   **ACTION TAKEN AND FACTS OR JUSTIFICATION FOR ACTION:**

DATE GRIEVANCE NOTICE RECEIVED: _____

DATE OF REPLY TO UNION: _____

ADMINISTRATOR: _____

YS/ag
G2158-01.ebgrvn06
OPEIU 29 AFL-CIO(12)

EXHIBIT __C__, PAGE __71__