MARCUS A. MCDANIEL, State Bar No. 151357
marcus.mcdaniel@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
GLORIA C. JAN, State Bar No. 165440
gloria.jan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:    (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Respondent
SSC OAKLAND EXCEL OPERATING CO. L.P. (ERRONEOUSLY NAMED
AS MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNITED HEALTHCARE WORKERS WEST,<br><br>  Petitioner,<br><br>  v.<br><br>MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER,<br><br>  Respondents. | Case No. C 07 4615 (JL)<br><br>**[PROPOSED] ORDER RE SUBSTITUTION OF REAL PARTY IN INTEREST (FRCP 17(a))**<br><br>NO TRIAL DATE SET |

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | SEIU, UNITED HEALTHCARE WORKERS WEST,
12 |
13 |           Petitioner,
14 |   v.
15 | MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER,
16 |
17 |           Respondents.

Case No. C 07 4615 (JL)

**ORDER RE SUBSTITUTION OF REAL PARTY IN INTEREST (FRCP 17(a))**

NO TRIAL DATE SET

18
19
20
21
22
23
24
25
26
27
28

1  GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that
2  Petitioner's Amended Petition attached to the Stipulation re Substitution of Real Party in
3  Interest (FRCP 17(a)) as Exhibit "1" be filed in this matter and that it supersede the prior
4  filed Petition to Compel Arbitration. The Amended Petition is Petitioner's operative
5  Pleading in this matter. The answer filed by Mariner Health Care Inc. on September 13,
6  2007, shall be deemed filed by SSC Oakland Excel Operating Co. L.P. and shall be deemed
7  responsive to the Amended Petition. SSC Oakland Excel Operating Co. L.P. is substituted
8  as the proper Party Respondent.

10  DATED: _____     By:_____
                                     Judge of the United States District
11                                   Court

CASE NO. C 07 4615 (JL)
ORDER RE SUBSTITUTION OF REAL PARTY IN INTEREST (FRCP 17 (a))