UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEIU, UNITED HEALTHCARE WORKERS,

    Plaintiff(s),                          No. C07-4615 JL

    v.                                    **NOTICE OF TIME CHANGE**

MARINE POST-ACUTE NETWORK, et al.,

    Defendant(s).
_____/

    The Case Management Conference in the above entitled case is hereby set for **2:00 p.m .** on December 12, 2007 in Courtroom F before Chief Magistrate Judge James Larson.

Dated:  December 4, 2007

_____
Wings Hom Courtroom Deputy  to
Chief United States Magistrate Judge
James Larson