UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEIU, United Healthcare Workers West

                Plaintiff(s),

v.

Mariner Post-Acute Network; Excel Care Center;

                Defendant(s).

No. C 07-4615 (JL)

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: __December 4, 2007__

Signature __/s/ GLORIA JAN__

Counsel for ___RESPONDENT___
(Plaintiff, Defendant, or indicate "pro se")

SCC OAKLAND EXCEL OPERATING CO. L.P.
(ERRONEOUSLY NAMED AS MARINER POST-
ACUTE NETWORK; EXCEL CARE CENTER)

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

     On December 4, 2007, I served the following document(s) described as:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

on the persons below as follows:

W. Daniel Boone
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091

     I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒    placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 4, 2007, at Los Angeles, California.

| | |
|---|---|
| _Rose Shushanyan_ | _Rose Shushanyan_ |
| Type Name | Signature |