UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEIU UNITED HEALTHCARE WORKERS

       Plaintiff(s),

No. 07-04615 JL

  v.

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

MARINER POST-ACUTE NETWORK

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for December 12, at 2:00 p.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: December 5, 2007

Richard W. Wieking, Clerk
United States District Court

_Wings Hom_
By: Wings Hom, Deputy Clerk

reassig1.DCT       1