1
2
3
4
5
6
7
8
9

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SEIU UNITED HEALTHCARE WORKERS                    NO. CV 07-04615 CRB

11                     Plaintiff,                  **CLERK'S NOTICE RE: FAILURE**
                                                   **TO FILE ELECTRONICALLY**
    v.                                             **AND/OR REGISTER AS AN E-**
12                                                 **FILER**

13  MARINER POST-ACUTE NETWORK
                 Defendant.
14  _____/

15

16  On **September 6, 2007**, counsel for **defendant Mariner Post-Acute Network**    filed a **Notice of**

17  **Removal (document no. 1), Certificate of Interested Entities (document no. 3), Notice of Related**

    **Case (document no. 4) and Certificate of service (document no. 5)** manually, on paper.  This case
18
    has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
19

20  The above mentioned  paper document has been filed and docketed. However, General Order 45

21  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

22  presumptively designated" as e-filing cases. Therefore, counsel for **defendant Mariner Post-Acute**

23  **Network**    should submit the **abovementioned documents**, in PDF format within 10 days, as an

24  attachment in an ***e-mail*** message directed to the judges chamber's "PDF" email box listed at

25  http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).  Do ***not***

26  e-file a document which has been previously filed on paper, as is the case with the above mentioned

27  filing. All subsequent papers should be e-filed.

28

1

2    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

3    become an ECF User and be assigned a user ID and password for access to the system upon designation

4    of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

5    must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

6    at ecf.cand.uscourts.gov.

7    Dated: December 6, 2007                                          Maria Loo
                                                                       Deputy Clerk
8

9

**United States District Court**
For the Northern District of California

2