IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEIU UNITED HEALTHCARE WORKERS     No. C 07-04615 CRB

    Plaintiffs,     **ORDER OF RECUSAL**

v.

MARINER POST-ACUTE NETWORK,

    Defendants.

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: December 6, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE