# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| SEIU United Healthcare Workers - West,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Mariner Post-Acute Network,<br><br>            Defendant(s). | 07-04615 TEH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-04615 TEH                                              -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: February 7, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04615 TEH                        -2-

PROOF OF SERVICE

Case Name:    SEIU United Healthcare Workers - West v. Mariner Post-Acute Network

Case Number:    07-04615 TEH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On February 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   W. Daniel Boone
>   Weinberg, Roger & Rosenfeld
>   1001 Marina Village Parkway
>   Suite 200
>   Alameda, CA 94501-1091
>   courtnotices@unioncounsel.net
>
>   Gloria C. Jan
>   Attorney at Law
>   Ogletree Deakins, Nash, Smoak & Stewart, P.C.
>   633 West Fifth Street, Suite 5300
>   Los Angeles, CA 90071
>   gloria.jan@ogletreedeakins.com
>
>   Marcus Aaron McDaniel
>   Ogletree Deakins Nash Smoak & Stewart. PC
>   633 West 5th St
>   Suite 5300
>   Los Angeles, CA 90071
>   marcus.mcdaniel@ogletreedeakins.com

Leslie Erin Wallis
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, CA 90071
leslie.wallis@ogletreedeakins.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 7, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov