W. DANIEL BOONE, Bar No. 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner and
SEIU, UNITED HEALTHCARE WORKERS WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNIITED HEALTHCARE WORKERS WEST,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SSC OAKLAND EXCEL OPERATING CO. L.P.,<br><br>　　　　　Respondent. | No.　C 07 4615 TEH<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　February 25, 2008<br>Time:　1:30 p.m.<br>Dept:　Courtroom 12<br>　　　　Judge Thelton E. Henderson<br><br>(No Trial Date Set) |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

JOINT CASE MANAGEMENT STATEMENT, Case No. C 07 4615 TEH

116982/483611

1  Counsel for Petitioner SEIU, United Healthcare Workers West and Respondent SSC
2  Oakland Excel Operating Company, L.P. submit a Joint Case Management Statement pursuant to
3  Civil Local Rule 16-9:
4  1. <u>Jurisdiction and Service</u>: Jurisdiction of this Court is based upon 29 U.S.C.
5  Section 185; 9 U.S.C. § 4; and 28 U.S.C. § 1337. The First Amended Petition to Compel
6  Arbitration has been served on Respondent, and there are no issues concerning service or
7  jurisdiction.
8  2. <u>Facts</u>: Petitioner and Respondent are parties to a written Collective Bargaining
9  Agreement, attached to the Petition as Exhibit A. Disputes concerning the claimed violation of a
10 specific provision or provisions of the Collective Bargaining Agreement are resolved by a
11 grievance and arbitration procedure, culminating in final and binding arbitration. The Union
12 filed grievances protesting the discharges of two bargaining unit employees and claims that the
13 Respondent Employer refuses to select an arbitrator to hear these two grievances. Respondent
14 alleges that the time limits for the processing of the grievance and arbitration demand as set forth
15 in the collective bargaining agreement have not been met. Without waiver of Respondent's
16 timeliness defense, the parties have agreed to proceed to final and binding arbitraton and have
17 selected arbitrators for both of the grievances. An arbitration hearing date is confirmed for one
18 of the grievances.
19 3. <u>Legal Issues</u>: Petitioners contend that there is alegal dispute remaining related to
20 whether Respondent is obligated to pay attorneys' fees arising from the Petition to Compel.
21 Respondent denies that Petitioners are entitled to reimbursement of their attorneys' fees.
22 4. <u>Motions</u>: Counsel for Petitioner will prepare and file a Motion for Award of
23 Attorneys' Fees after arbitration of the procedural arbitrability disputes. Respondent intends to
24 oppose Petitioners' motion.
25 5. <u>Amendment of Pleadings</u>: There is no anticipated amendment of pleadings.
26 6. <u>Evidence Preservation</u>: Not applicable.
27 7. <u>Disclosures</u>: Because the parties' dispute is governed by a Collective Bargaining

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Agreement and the parties have agreed to proceed to binding arbitration, there has been no initial disclosure to date.

8. <u>Discovery</u>: No discovery has been taken, and none is anticipated at this time.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: There are no related cases pending before another Judge of this Court, or before another Court or Administrative body.

11. <u>Relief</u>: Petitioner will pray for an Order requiring Respondent to reimburse attorneys' fees incurred in the prosecution of the Petition. Counsel will prepare a supporting Declaration if attorneys' fees are awarded. Respondent requests dismissal of the Petition to Compel Arbitration, and reasonable costs and disbursements.

12. <u>Settlement and ADR</u>: Respondent believes that the parties may be able to resolve and/or narrow their dispute through ADR and requests mediation. Petitioners do not oppose Respondent's request for mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>: The parties have not all consented to have a Magistrate Judge conduct all further proceedings including trial and entry of judgment.

14. <u>Other References</u>: Not applicable. The parties have agreed to proceed to binding arbitration under the terms of a Collective Bargaining Agreement..

15. <u>Narrowing of Issues</u>: Counsel do not believe that the issues can be further narrowed.

16. <u>Expedited Schedule</u>: Not applicable. The parties have agreed to proceed to binding arbitration under the terms of a Collective Bargaining Agreement.

17. <u>Scheduling</u>: Dispositive motions will be filed and served following awards by selected arbitrators.

18. <u>Trial</u>: No trial is necessary. The parties have agreed to proceed to binding arbitration under the terms of a Collective Bargaining Agreement..

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. There are no

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

JOINT CASE MANAGEMENT STATEMENT, Case No. C 07 4615 TEH

116982/483611

persons, firms, partnerships, corporations, or other entities known by either party to have either a financial interest in the subject matter in controversy or in the party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

20. <u>Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter</u>: Not applicable.

Dated: February 11, 2008

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: *[signature]*
        W. DANIEL BOONE
        Attorneys for Petitioner
        SEIU, UNITED HEALTHCARE WORKERS WEST

Dated: February 11, 2008

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        By: *[signature]*
        MARCUS McDANIEL
        Attorneys for Respondent
        SSC OAKLAND EXCEL OPERATING CO. L.P.
        (substituted as proper Respondent by stipulation)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 4 -

JOINT CASE MANAGEMENT STATEMENT, Case No. C 07 4615 TEH

116982/483611