MARCUS A. MCDANIEL, State Bar No. 151357
marcus.mcdaniel@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
GLORIA C. JAN, State Bar No. 165440
gloria.jan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Respondent
MARINER HEALTH CARE, INC.
(FORMERLY KNOWN AS MARINER
POST-ACUTE NETWORK, INC.
AND ERRONEOUSLY SUED HEREIN AS
"MARINER POST-ACUTE NETWORK;
EXCEL CARE CENTER")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNITED HEALTHCARE WORKERS WEST,<br><br>Petitioner,<br><br>v.<br><br>MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER,<br><br>Respondent. | Case No. C 07-04615 TEH<br><br>Hon. Thelton E. Henderson<br><br>**[PROPOSED] ORDER AND REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:          February 25, 2008<br>Time:          1:30 p.m.<br>Courtroom:  12<br><br>(No Trial Date Set) |

TO THE CLERK OF THE COURT OF THE ABOVE-ENTITLED COURT:

Respondent MARINER HEALTH CARE, INC. (formerly known as MARINER POST-ACUTE NETWORK, INC. and erroneously sued herein as "MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER") hereby requests permission to allow Respondent's counsel to appear by telephone at the Case Management Conference scheduled for February 25, 2008, at 1:30 p.m., before the Honorable Thelton E. Henderson, in the above-referenced case.

This request is made because Respondent's counsel works in Los Angeles, California, and counsel would have to charge for the time and travel expense to San Francisco for the Case Management Conference. Moreover, as set forth in the Joint Case Management Statement, the parties have agreed to proceed to final and binding arbitration of the grievances at issue; therefore, the only remaining dispute before this Court is Petitioners' anticipated motion for attorneys' fees. Thus, a telephonic appearance would be cost-effective and feasible given the remaining issues.

If permission is granted to appear by telephone at the Case Management Conference scheduled for February 25, 2008, at 1:30 p.m., Respondent's counsel will call the telephone number that is provided by the Court's Deputy Clerk.

Respectfully submitted,

DATED: February 15, 2008          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Gloria C. Jan
        Gloria C. Jan
Attorneys for Respondent
MARINER HEALTH CARE, INC.

# **ORDER**

For the reasons described above, Respondent's counsel is hereby granted permission to appear by telephone at the Case Management Conference scheduled for February 25, 2008, at 1:30 p.m. Respondent's counsel will call the following telephone number to appear: _____.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Thelton E. Henderson
United States District Court Judge

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On February 15, 2008, I served the following document(s) described as:

**RESPONSE OF MARINER HEALTH CARE, INC. TO PETITION TO COMPEL ARBITRATION**

on the persons below as follows:

W. Daniel Boone
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 15, 2008, at Los Angeles, California.

Rose Shushanyan                                /s/ Rose Shushanyan
Type Name                                       Signature