1  MARCUS A. MCDANIEL, State Bar No. 151357
   marcus.mcdaniel@ogletreedeakins.com
2  LESLIE E. WALLIS, State Bar No. 128435
   leslie.wallis@ogletreedeakins.com
3  GLORIA C. JAN, State Bar No. 165440
   gloria.jan@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
5  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
6  Telephone:   (213) 239-9800
   Facsimile:   (213) 239-9045
7
   Attorneys for Respondent
8  MARINER HEALTH CARE, INC.
   (FORMERLY KNOWN AS MARINER
9  POST-ACUTE NETWORK, INC.
   AND ERRONEOUSLY SUED HEREIN AS
10 "MARINER POST-ACUTE NETWORK;
   EXCEL CARE CENTER")
11

12                 **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14 | SEIU, UNITED HEALTHCARE WORKERS WEST, | Case No. C 07-04615 TEH |

15                                         Hon. Thelton E. Henderson

16        Petitioner,                      **[PROPOSED] ORDER AND REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

17    v.

18 MARINER POST-ACUTE NETWORK;
   EXCEL CARE CENTER,                      Date:      February 25, 2008
19                                         Time:      1:30 p.m.
                                           Courtroom: 12
20        Respondent.

21                                         (No Trial Date Set)

22

23
24
25
26
27
28

                                                   Case No. C07-04615 TEH
   [PROPOSED] ORDER AND REQUEST TO APPEAR BY TELEPHONE AT
                 CASE MANAGEMENT CONFERENCE

5502670_1.DOC

TO THE CLERK OF THE COURT OF THE ABOVE-ENTITLED COURT:

Respondent MARINER HEALTH CARE, INC. (formerly known as MARINER POST-ACUTE NETWORK, INC. and erroneously sued herein as "MARINER POST-ACUTE NETWORK; EXCEL CARE CENTER") hereby requests permission to allow Respondent's counsel to appear by telephone at the Case Management Conference scheduled for February 25, 2008, at 1:30 p.m., before the Honorable Thelton E. Henderson, in the above-referenced case.

This request is made because Respondent's counsel works in Los Angeles, California, and counsel would have to charge for the time and travel expense to San Francisco for the Case Management Conference. Moreover, as set forth in the Joint Case Management Statement, the parties have agreed to proceed to final and binding arbitration of the grievances at issue; therefore, the only remaining dispute before this Court is Petitioners' anticipated motion for attorneys' fees. Thus, a telephonic appearance would be cost-effective and feasible given the remaining issues.

If permission is granted to appear by telephone at the Case Management Conference scheduled for February 25, 2008, at 1:30 p.m., Respondent's counsel will call the telephone number that is provided by the Court's Deputy Clerk.

Respectfully submitted,

DATED:  February 15, 2008                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Gloria C. Jan
        Gloria C. Jan
Attorneys for Respondent
MARINER HEALTH CARE, INC.

## **ORDER**

For the reasons described above, Respondent's counsel is hereby granted permission to appear by telephone at the Case Management Conference scheduled for February 25, 2008, at 1:30 p.m. Respondent's counsel will call the following telephone number to appear: (415) 522 3630 .

**IT IS SO ORDERED.**

DATED: 02/19/08



Honorable Thelton E. Henderson
United States District Court Judge

Judge Thelton E. Henderson