1  W. DANIEL BOONE, Bar No. 046553
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Petitioner and
   SEIU, UNITED HEALTHCARE WORKERS WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEIU, UNIITED HEALTHCARE WORKERS WEST, | ) No.   C 07 4615 TEH |
|---|---|
| Petitioner, | ) **REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| SSC OAKLAND EXCEL OPERATING CO. L.P., | ) Date:  February 25, 2008<br>) Time:  1:30 p.m.<br>) Dept:  Courtroom 12<br>)        Judge Thelton E. Henderson |
| Respondent. | ) (No Trial Date Set) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Petitioner, SEIU United Healthcare Workers West, hereby requests permission to allow Petitioner's counsel to appear by telephone at the Case Management Conference scheduled for February 25, 2008 at 1:30 p.m. before the Honorable Thelton E. Henderson, in the above-captioned case.

This request is made because Petitioner's counsel works in Alameda, California and would have to travel to San Francisco for the Case Management Conference.

If permission is granted to appear by telephone at the Case Management Conference scheduled for February 25, 2008 at 1:30 p.m., Petitioner's counsel will call the telephone number

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  that is provided by the Court's Deputy Clerk.

2      Respectfully submitted,

3  Dated: February 19, 2008

                          WEINBERG, ROGER & ROSENFELD
4                            A Professional Corporation

5

6                            By:  //s// W. Daniel Boone
                               W. DANIEL BOONE
                               Attorneys for Petitioner
7                          SEIU, UNITED HEALTHCARE WORKERS WEST

8  116982/484347

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -