W. DANIEL BOONE, Bar No. 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner and
SEIU, UNITED HEALTHCARE WORKERS WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNIITED HEALTHCARE WORKERS WEST,<br><br>           Petitioner,<br><br>  v.<br><br>SSC OAKLAND EXCEL OPERATING CO. L.P.,<br><br>           Respondent. | No.   C 07 4615 TEH<br><br>**[Proposed] ORDER ALLOWING APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: February 25, 2008<br>Time:  1:30 p.m.<br>Dept:  Courtroom 12<br>       Judge Thelton E. Henderson<br><br>(No Trial Date Set) |

For the reasons described in Petitioner's Request to Appear by Telephone At Case Management Conference scheduled for February 25, 2008 at 1:30 p.m., Petitioner's counsel will call the following telephone number to appear:_____

IT IS SO ORDERED:

Dated:_____

_____
Thelton E. Henderson
United States District Judge

116982/484356

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001