W. DANIEL BOONE, Bar No. 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner and
SEIU, UNITED HEALTHCARE WORKERS WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNIITED HEALTHCARE WORKERS WEST,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SSC OAKLAND EXCEL OPERATING CO. L.P.,<br><br>　　　　　Respondent. | No.　C 07 4615 TEH<br><br>[~~Proposed~~] **ORDER ALLOWING APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: February 25, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 12<br>　　　Judge Thelton E. Henderson<br><br>(No Trial Date Set) |

For the reasons described in Petitioner's Request to Appear by Telephone At Case Management Conference scheduled for February 25, 2008 at 1:30 p.m., Petitioner's counsel will call the following telephone number to appear:_____

IT IS SO ORDERED:

Dated:___02/20/08_____

_____
Thelton E. Henderson
United States District Judge

116982/484356

*[Signature and seal of Judge Thelton E. Henderson, United States District Court, Northern District of California]*

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001