UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** Thelton E. Henderson

**Date**: February 25, 2008

**Case No:** C 07-04615 TEH

**Case Title**: SEIU UNITED HEALTHCARE WORKERS v. MARINER POST-ACUTE NETWORK, et al.

**Appearances:**

    For Plaintiff(s): Daniel Boone

    For Defendant(s): Marcus McDaniel

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## *PROCEEDINGS*

1. Telephonic Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
               ( ) Denied
               ( ) Granted in part/Denied in part
               ( ) Taken under submission
               ( ) Withdrawn/Off Calendar
               (X) Continued to: **Monday, 09/08/08 at 1:30 PM for Further CMC**

## *SUMMARY*

- Motion for attorneys' fees to be filed.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.