1  W. DANIEL BOONE, Bar No. 046553
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Petitioner and
   SEIU, UNITED HEALTHCARE WORKERS WEST
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 SEIU, UNIITED HEALTHCARE WORKERS  )  No.   C 07 4615 TEH
   WEST,                             )
12                                   )  **NOTICE OF DISMISSAL WITHOUT**
              Petitioner,            )  **PREJUDICE AND [PROPOSED]**
13                                   )  **ORDER**
         v.                          )
14                                   )
   SSC OAKLAND EXCEL OPERATING CO.   )
15 L.P.,                             )
                                     )
16            Respondent.            )
                                     )
17 _____  )

18

19     NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), the

20 Petitioner voluntarily dismisses the above-captioned action without prejudice.

21     A Subsequent Case Management Conference has been scheduled for September 8, 2008, at

22 1:30 p.m., in Courtroom F. With this Notice of Dismissal, Petitioners request that said hearing be

23 vacated.

24 ///

25 ///

26 ///

27 ///

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Notice of Dismissal and (Proposed) Order
Case No. C 07 4615 TEH

1 | Dated: September 5, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /s/
    W. DANIEL BOONE
    Attorneys for Petitioners

8 |     IT IS SO ORDERED:

9 | Dated:_____

THELTON E. HENDERSON
United States District Judge

12 | 116982/504769

- 2 -

Notice of Dismissal and (Proposed) Order
Case No. C 07 4615 TEH

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001