UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: September 8, 2008

**Case No:** C 07-04615 TEH

**Case Title**:  SEIU UNITED HEALTHCARE WORKERS v. MARINER POST-ACUTE NETWORK

**Appearances:**

    For Plaintiff(s): Daniel Boone

    For Defendant(s): Gloria Jan

**Deputy Clerk**:  Rowena B. Espinosa         **Court Reporter**: not reported

### *PROCEEDINGS*

1.  Telephonic Case Management Conference - held

### *SUMMARY*

- Parties shall file a stipulation for dismissal asap.