1  W. DANIEL BOONE, Bar No. 046553
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Petitioner and
   SEIU, UNITED HEALTHCARE WORKERS WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNIITED HEALTHCARE WORKERS WEST,<br><br>   Petitioner,<br><br>   v.<br><br>SSC OAKLAND EXCEL OPERATING CO. L.P.,<br><br>   Respondent. | No.   C 07 4615 TEH<br><br>STIPULATED DISMISSAL PURSUANT TO FRCP RULE 41(a)(ii), and [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED by Petitioner and Respondent, through authorized counsel, that the above-captioned matter may be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs. The parties jointly request that the Court enter its Order dismissing this matter.

Dated: September 9, 2008         WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

                                 By: /s/ W. Daniel Boone
                                     W. DANIEL BOONE
                                     Attorneys for Petitioners

STIPULATED DISMISSAL PURSUANT TO FRCP RULE 41(a)(ii), and [PROPOSED] ORDER
Case No. C 07 4615 TEH

Dated: September 9, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
GLORIA C. JAN
Attorneys for Respondents

IT IS SO ORDERED:

Dated: 09/10/08

THELTON E. HENDERSON
United States District Judge

116982/504995

*Judge Thelton E. Henderson* (signature stamp, United States District Court, Northern District of California)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation